Paul W. Shakespear (14113)
**SNELL & WILMER L.L.P.**
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1531
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
pshakespear@swlaw.com

Jason D. Rosenberg (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7461
Facsimile: (404) 881-7777
jason.rosenberg@alston.com

Ryan W. Koppelman (*pro hac vice*)
Katherine G. Rubschlager (*pro hac vice*)
**ALSTON & BIRD LLP**
950 Page Mill Rd.
Palo Alto, California 94304
Telephone: (650) 838-2009
Facsimile: (650) 838-2001
ryan.koppelman@alston.com
katherine.rubschlager@alston.com

Stephen Yang (*pro hac vice*)
**ALSTON & BIRD LLP**
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9510
Facsimile: (212) 210-9444
stephen.yang@alston.com

*Attorneys for Plaintiff Nutramax Laboratories, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Nutramax Laboratories, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Hashtag Fulfillment LLC d/b/a Nutra Max Labs, Inc, Private Label Sk.In, NA, LLC d/b/a Nutra Max Labs Inc, Spinzar Fulfillment Corporation d/b/a Nutra Max Labs Inc, and Does 1-10, <br><br> Defendants. | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(ii)** <br><br> Case No. 2:17-cv-01174-JNP-PMW <br><br> District Judge Jill N. Parrish <br><br> Magistrate Judge Jared C. Bennett |

4835-4841-7754

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nutramax Laboratories, Inc. ("Nutramax") and Defendants Hashtag Fulfillment LLC and Private Label Sk.In, NA, LLC, hereby jointly stipulate to dismiss the above-entitled action against Defendants Hashtag Fulfillment LLC and Private Label Sk.In., NA, LLC with prejudice, with all parties to bear their own costs and fees.

Respectfully submitted on this 29th day of January 2021.

        **SNELL & WILMER, L.L.P.**

        */s/ Paul W. Shakespear*
        Paul W. Shakespear

        Jason D. Rosenberg (*pro hac vice*)
        Ryan W. Koppelman (*pro hac vice*)
        Stephen Yang (*pro hac vice*)
        Katherine G. Rubschlager (*pro hac vice*)
        **ALSTON & BIRD LLP**

        *Attorneys for Plaintiff Nutramax Laboratories, Inc.*

        **SNOW CHRISTENSEN & MARTINEAU**

        */s/ Bryson R. Brown*
        Ruth A. Shapiro
        Jeremy S. Stuart
        Bryson R. Brown
        *Attorneys for Defendants*
        *Hashtag Fulfillment, LLC*
        *and Private Label Sk.In NA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)** with the Clerk of Court for the U.S. District Court, District of Utah by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

Dated: January 29, 2021

*/s/ Susan Ballif*